UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAR -3 AM 8:23
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No. CR411-088 |
| | ) | |
| v. | ) | VIO: 18 U.S.C. 113 |
| | ) | Simple Assault |
| GREGORY D. HOOD | ) | |

## COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 23rd, 2010, on Fort Stewart Military Reservation, land under the exclusive jurisdiction of the United States and located in the Southern District of Georgia,

**GREGORY D. HOOD**

did assault Barbara Wells, by grabbing her by the neck and wrist, in violation of Title 18, United States Code, Section 113.

EDWARD J. TARVER
UNITED STATES ATTORNEY

Kate Tagert
Special Assistant U.S. Attorney
Member of the New York Bar

Greg Hurchalla
Assistant U.S. Attorney