FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAR -3 AM 8:23
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No. CR411-088 |
| | ) | |
| v. | ) | VIO: 18 U.S.C. 113 |
| | ) | Simple Assault |
| GREGORY D. HOOD | ) | |

## PENALTY INFORMATION

Count One            Fine of NMT $5,000
**Simple Assault**     Imprisonment NMT 6 months
                                   or both
                                   Special Assessment of $10

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

Kate Tagert
Special Assistant U.S. Attorney